## CORUM v. UNIVERSITY OF NORTH CAROLINA

No. 163P90

Case below: 97 N.C.App. 527

Petition by defendants for temporary stay allowed 30 April 1990 pending a receipt of response to the petition for discretionary review and determination of the petition.

## COVINGTON v. COVINGTON

No. 60P90

Case below: 97 N.C.App. 142

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## DENTON v. PEACOCK

No. 67P90

Case below: 97 N.C.App. 97

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## DUKE UNIVERSITY v. ST. PAUL FIRE AND MARINE INS. CO.

No. 54P90

Case below: 96 N.C.App. 635

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.

## ELECTRIC SOUTH, INC. v. LEWIS

No. 547P89

Case below: 96 N.C.App. 160

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 10 May 1990.